UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> vs. <br><br> Aaron Javier Tamayo <br> Defendant(s) | CRIMINAL NO. 08mj0706 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07467298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Jose Miguel Torres-Suarez

DATED: 3-25-08

RECEIVED _____
           DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
       Deputy Clerk